# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

Jodi Walker,                                Civil No. 09-1296 (RHK/FLN)

    Plaintiff,                          **ORDER**

v.

Hall & Associates and John Doe,

    Defendants.

---

Based upon the Notice of Voluntary Dismissal Without Prejudice (Doc. No. 5), **IT IS ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** on the merits and without costs or disbursements to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: November 5, 2009

                                             s/Richard H. Kyle
                                             RICHARD H. KYLE
                                             United States District Judge